

**SO ORDERED.**
**SIGNED this 15th day of September, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

In re

TRAVIS BRYAN HOLLIFIELD
TRACY SLOAN HOLLIFIELD
aka TRACY RENEE' HOLLIFIELD

Case No. 3:20-bk-30913-SHB
Chapter 13

Debtors

### O R D E R

An Order granting Debtors' Moton to Extend Time Period to Provide Documents to Trustee was entered on September 14, 2020 [Doc. 73]; however, it was entered erroneously because it was entered after the filing of the Chapter 13 Trustee Response to Debtors' Motion to Extend Time to Comply with Court's Order of September 3 Requiring Production of Documents [Doc. 72]. Thus, the Court, on its own motion, directs the following:

1. The Order entered on September 14, 2020, as docket entry number 73 is VACATED and of no force and effect.

2. A hearing on the Motion to Extend Time Period to Provide Documents to Trustee filed by Debtors on September 11, 2020 [Doc. 71], and the Chapter 13 Trustee Response to Debtors'

Motion to Extend Time to Comply with Court's Order of September 3 Requiring Production of Documents filed on September 14, 2020 [Doc. 72], will held on September 16, 2020, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee (or appear telephonically if required by notice posted on the website for the Bankruptcy Court for the Eastern District of Tennessee, at http://www.tneb.uscourts.gov/covid-19-notices).

###