United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                              Case No. 20-30913-SHB
Travis Bryan Hollifield                                                             Chapter 13
Tracy Sloan Hollifield
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-3      User: fordt         Page 1 of 1         Date Rcvd: Sep 16, 2020
                      Form ID: pdfbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
jdb              +Tracy Sloan Hollifield,    222 Spring Water Lane,    Knoxville, TN 37934-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db               +E-mail/PDF: travis.hollifield@yahoo.com Sep 16 2020 21:57:56      Travis Bryan Hollifield,
                   222 Spring Water Lane,    Knoxville, TN 37934-1013
smg               E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 16 2020 22:05:21      Internal Revenue Service,
                   P. O. Box  21126,   Philadelphia,, PA  19114
                                                                                                                                      TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
           Gregory C. Logue    on behalf of Creditor    Commercial Bank logueg@wmbac.com
           Gwendolyn M Kerney    ECFKnoxville@trustee13.com, trustee13@ch13etn.com
           John P. Newton, Jr.    on behalf of Debtor Travis Bryan Hollifield
            mayerandnewton@mayerandnewton.com
           John P. Newton, Jr.    on behalf of Joint Debtor Tracy Sloan Hollifield
            mayerandnewton@mayerandnewton.com
           Richard M. Mayer    on behalf of Joint Debtor Tracy Sloan Hollifield
            mayerandnewton@mayerandnewton.com
           Richard M. Mayer    on behalf of Debtor Travis Bryan Hollifield mayerandnewton@mayerandnewton.com
           Thomas H. Dickenson    on behalf of Creditor    ORNL Federal Credit Union tdickenson@hdclaw.com,
            kroach@hdclaw.com
           Todd J. Moody    on behalf of Creditor    Chattanooga First Federal Credit Union
            toddmoody@hagoodmoodyhodge.com
           United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                                           TOTAL: 9



**SO ORDERED.**
**SIGNED this 16th day of September, 2020**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

TRAVIS BRYAN HOLLIFIELD
TRACY SLOAN HOLLIFIELD
aka TRACY RENEE' HOLLIFIELD

Case No. 3:20-bk-30913-SHB
Chapter 13

Debtors

## O R D E R

A hearing was held September 16, 2020, on the Motion to Extend Time Period to Provide Documents to Trustee filed by Debtors on September 11, 2020 [Doc. 71], and the Chapter 13 Trustee Response to Debtors' Motion to Extend Time to Comply with Court's Order of September 3 Requiring Production of Documents filed on September 14, 2020 ("Response") [Doc. 72]. Based on a review of the Response and the Supplement filed by the Chapter 13 Trustee with copies of paystubs, a bank statement, and bank receipts submitted by Debtors to the Chapter 13 Trustee [Doc. 75]; the representations of Debtors' counsel and the Chapter 13 Trustee at the hearing; and the statements made by the Court on the record at the hearing, the Court directs the following:

1. The hearing on the Motion to Extend Time Period to Provide Documents to Trustee

filed by Debtors on September 11, 2020 [Doc. 71], and the Chapter 13 Trustee Response to Debtors' Motion to Extend Time to Comply with Court's Order of September 3 Requiring Production of Documents filed on September 14, 2020 [Doc. 72], is CONTINUED to September 30, 2020, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee (or appear telephonically if required by notice posted on the website for the Bankruptcy Court for the Eastern District of Tennessee, at http://www.tneb.uscourts.gov/covid-19-notices).

2. Debtor Travis Bryan Hollifield shall appear on September 30, 2020, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee (or appear telephonically if required by notice posted on the website for the Bankruptcy Court for the Eastern District of Tennessee, at http://www.tneb.uscourts.gov/covid-19-notices), to show cause why this case should not, pursuant to 11 U.S.C. § 1307(c), either be converted to Chapter 7 or dismissed for submitting documents that appear to contain materially false representations to the Chapter 13 Trustee.

3. Debtor Tracy Sloan Hollifield, aka Tracy Renee' Hollifield, shall appear on September 30, 2020, at 1:30 p.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee (or appear telephonically if required by notice posted on the website for the Bankruptcy Court for the Eastern District of Tennessee, at http://www.tneb.uscourts.gov/covid-19-notices), to show cause why this case should not, pursuant to 11 U.S.C. § 1307(c), either be converted to Chapter 7 or dismissed for submitting documents that appear to contain materially false representations to the Chapter 13 Trustee.

4. Debtors shall also be required to show cause why the Court, in the event of dismissal, should not impose a 365-day bar against the filing by Debtors of a bankruptcy case under any chapter, as authorized by 11 U.S.C. § 349(a), incorporating therein 11 U.S.C. § 109(g), for their

willful failure to abide by orders of this Court or otherwise comply with the provisions of the Bankruptcy Code.

5. The clerk shall mail a copy of this Order to Debtors at 222 Spring Water Lane, Knoxville, Tennessee 37934.

###