**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE**

IN RE:

| | | |
|---|---|---|
| TRAVIS BRYAN HOLLIFIELD, and | ) | Case No. 3:20-bk- 30913-SHB |
| TRACY SLOAN HOLLIFIELD, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY AND
REQUEST FOR EXPEDITED HEARING**

**NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **Wednesday**, **September 30, 2020** at **9:00 a.m.** in the Bankruptcy Courtroom 1-C, Howard H. Baker, Jr. U.S. Courthouse, 800 Market Street, Knoxville Tennessee 37902 on:

**MOTION TO WITHDRAW AS ATTORNEY
AND REQUEST FOR EXPEDITED HEARING**

**Given the current public health crisis, hearings may be telephonic only.  Please check the court's website www.tneb.uscourts.gov prior to the hearing for instructions on whether to appear in person or by telephone.  Information on how to call in and participate is also posted on the website.**

<u>**Your rights may be affected**</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.  If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the **Motion** and may enter an order granting that relief.

Comes now the Debtor's counsel, Mayer & Newton, and for their Motion would show unto the Court as follows:

1. This case was filed on or about March 24, 2020.

2. A Show Cause hearing as been scheduled by the Court for September 30, 2020 at 1:30

    p.m. to determine the validity of documents provided to the Trustee by the Debtor's.

3. Counsel has requested clients authorize Mayer & Newton to request dismissal upon Trustee's Certification.

4. Ethically counsel feels that they must withdraw from representation of both parties at this time due to the issues raised by the Trustee and Court.

5. Counsel is concerned about the ability to represent both Debtor's during the show cause hearing and has advise both clients not to participate personally by testifying or otherwise.

**WHEREFORE, counsel prays,** after Notice and hearing, that the Court allow entry of an Order allowing the withdrawal of Mayer & Newton and for such other and further relief to which they may be entitled.

**DATED**:  September 28, 2020

                                                 **RESPECTFULLY SUBMITTED BY:**

                                                 s/ John P. Newton, # 010817
                                                 s/ Richard M. Mayer # 5534
                                                 LAW OFFICES OF MAYER & NEWTON
                                                 Attorneys for Debtors
                                                 1111 Northshore Drive, Suite S-570
                                                 Knoxville TN 37919
                                                 (865) 588-5111 (telephone)
                                                 mayerandnewton@mayerandnewton.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the foregoing **Motion and Proposed Order to Withdraw as Attorney** have been served either electronically (ECF) or by placing in the United States First Class Mail (USM) with sufficient postage to insure delivery on **September 28, 2020** as follows:

| | |
|---|---|
| Tiffany Dilorio<br>Office of US Trustee | (Via ECF) |
| Gwendolyn Kerney<br>Chapter 13 Trustee | (Via ECF) |
| *Travis & Tracy Hollifield*<br>*222 Spring Water Lane*<br>*Knoxville, TN 37934* | (Via US Mail and E-mail) |

s/ John P. Newton, BPR # 010817
John P. Newton
Law Office of Mayer & Newton
