

**SO ORDERED.**
**SIGNED this 30th day of September, 2020**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

| | | |
|---|---|---|
| **IN RE:** | | |
| TRAVIS BRYAN HOLLIFIELD, and | ) | Case No. 3:20-bk-30913-SHB |
| TRACY SLOAN HOLLIFIELD, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## ORDER FOR WITHDRAWAL AS ATTORNEY

Upon the Motion to Withdraw as Attorney filed on September 30, 2020 and for good cause shown therein, the Court finds that Mayer and Newton shall be entitled to withdraw as counsel for the Debtors based upon facts recited in said Motion.

**IT IS THEREFORE ORDERED, ADJUDGED & DECREED** that the Motion to Withdraw as Attorneys is hereby **GRANTED.**

### ###

**APPROVED FOR ENTRY:**

/s/ John P. Newton, BPR # 010817
/s/ Richard M. Mayer BPR # 5534
LAW OFFICES OF MAYER & NEWTON
Attorneys for Debtors
1111 Northshore Drive, Suite S-570
Knoxville TN 37919