**UNITED STATES BANKRUPTCY COURT
DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: Travis Bryan Hollifield | § | Case No. 20-30913-SHB |
| Tracy Sloan Hollifield | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Gwendolyn M. Kerney, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/24/2020.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was converted on 09/30/2020.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,790.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 30,200.00 |
| Less amount refunded to debtor(s) | $ 24,640.50 |
| **NET RECEIPTS** | $ 5,559.50 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 310.00 |
| Trustee Expenses & Compensation | $ 1,434.50 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,744.50 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Richard M. Mayer and/or John P. Newton | Lgl | 3,750.00 | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
| Clerk of the Court | Adm | 310.00 | 310.00 | 310.00 | 310.00 | 0.00 |
| First Heritage Credit of Tennessee, LLC | Uns | 1,524.07 | 1,584.07 | 1,584.07 | 0.00 | 0.00 |
| Chattanooga First Federal Credit Union | Sec | 5,738.20 | 6,151.30 | 6,151.30 | 0.00 | 0.00 |
| COMMERCIAL BANK | Con | 519,245.82 | 529,231.16 | 529,231.16 | 0.00 | 0.00 |
| COMMERCIAL BANK | Sec | 15,000.00 | 26,490.12 | 26,490.12 | 0.00 | 0.00 |
| Southern Management dba | Uns | 889.00 | 900.00 | 900.00 | 0.00 | 0.00 |
| Southern Management dba | Uns | 654.64 | 658.64 | 658.64 | 0.00 | 0.00 |
| Craig Jenkins | Sec | 5,062.24 | 5,062.24 | 5,062.24 | 0.00 | 0.00 |
| MARINER FINANCE LLC | Sec | 4,902.10 | NA | NA | 0.00 | 0.00 |
| ORNL Federal Credit Union | Sec | 27,675.00 | 27,675.00 | 27,675.00 | 2,815.64 | 999.36 |
| ORNL Federal Credit Union | Uns | 4,303.05 | 3,299.18 | 3,299.18 | 0.00 | 0.00 |
| PERSONAL FINANCE CO, LLC | Sec | 4,841.64 | NA | NA | 0.00 | 0.00 |
| Republic Finance, LLC | Sec | 9,224.72 | 8,721.05 | 8,721.05 | 0.00 | 0.00 |
| Republic Finance, LLC | Uns | 1,728.78 | 1,728.78 | 1,728.78 | 0.00 | 0.00 |
| SERVICE LOAN COMPANY | Sec | 137.00 | NA | NA | 0.00 | 0.00 |
| SOLUTIONS FINANCE OF | Uns | 862.54 | 803.58 | 803.58 | 0.00 | 0.00 |
| University Health System, Inc. | Uns | 8,846.09 | 8,957.23 | 8,957.23 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| United States Treasury/IRS | Pri | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KNOX COUNTY TRUSTEE | Sec | 13,644.28 | 13,792.12 | 13,792.12 | 0.00 | 0.00 |
| AEL-MORRISTOWN | Uns | 741.00 | NA | NA | 0.00 | 0.00 |
| Verizon by American Infosource as agent | Uns | 1,025.15 | 873.95 | 873.95 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 5,925.18 | 5,925.18 | 5,925.18 | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Uns | 3,616.89 | 3,616.89 | 3,616.89 | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Uns | 1,907.02 | 1,907.02 | 1,907.02 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 1,691.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA BY | Uns | 1,338.49 | 1,338.49 | 1,338.49 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA BY | Uns | 1,727.30 | 1,727.30 | 1,727.30 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA BY | Uns | 4,760.93 | 4,760.93 | 4,760.93 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 5,290.35 | 5,290.35 | 5,290.35 | 0.00 | 0.00 |
| Credit Central Inc | Uns | 1,050.00 | 1,050.00 | 1,050.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 618.71 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 548.17 | 548.17 | 548.17 | 0.00 | 0.00 |
| FINANCIAL ACCOUNTS SERVICE | Uns | 1,297.00 | NA | NA | 0.00 | 0.00 |
| LENDINGCLUB CORPORATION | Uns | 20,430.49 | 20,430.49 | 20,430.49 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,486.31 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 683.35 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Uns | 1,511.72 | 1,217.75 | 1,217.75 | 0.00 | 0.00 |
| RSI ENTERPRISES, INC. | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Uns | 4,161.55 | 4,161.55 | 4,161.55 | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 2,719.37 | 2,719.37 | 2,719.37 | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Uns | 2,486.00 | 2,486.31 | 2,486.31 | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Uns | 808.82 | 808.82 | 808.82 | 0.00 | 0.00 |
| VASEY HEATING & AIR | Uns | 292.79 | NA | NA | 0.00 | 0.00 |
| Commercial BK Inc succ int Citizens BK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Uns | 0.00 | 4,161.55 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 529,231.16 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 26,490.12 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 33,826.30 | $ 2,815.64 | $ 999.36 |
| All Other Secured | $ 27,575.41 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 617,122.99 | $ 2,815.64 | $ 999.36 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 76,794.05 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,744.50 |
| Disbursements to Creditors | $ 3,815.00 |
| **TOTAL DISBURSEMENTS:** | $ 5,559.50 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date: 10/19/2020            By: s/ Gwendolyn M. Kerney
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)