## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

**Travis Hollifield and Tracy Hollifield**            **Case No. 20-30913-SHB**

**Debtors.**            **Chapter 7**

### NOTICE OF APPEARANCE

Comes William E. Maddox, Jr. and the firm of William E. Maddox, Jr. LLC, Post Office Box 31287, Knoxville, TN 37930, and files this Notice of Appearance for and on behalf of the Debtors, Travis and Tracy Hollifield , in the above captioned matter, and hereby requests that all notices given or required to be given, and all pleadings served or required to be served, in this case be given to and served upon the undersigned.

*s/ William E. Maddox, Jr.*
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law
Attorney for Debtor
P.O. Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Notice of Appearance** has been served upon the following individuals by placing same in the U.S. Mail, postage prepaid (USM) or electronically (ECF):

**U.S. Trustee**            **ECF**
**United States Trustee**
**800 Market Street, Suite 114**
**Howard H Baker Jr. U.S. Courthouse**
**Knoxville, TN 37902**

**Ann Mostoller**            **ECF**

**Chapter 7 Trustee**
**136 South Illinois Avenue, Suite 104**
**Oak Ridge, TN 37830**


Dated: October 22, 2020


*s/ William E. Maddox, Jr.*
William E. Maddox, Jr. BPR #017462
William E. Maddox, Jr. LLC
Attorney at Law
Attorney for Debtor
P.O. Box 31287
Knoxville, TN 37930
Phone: (865) 293-4953
wem@billmaddoxlaw.com